PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **CLEMENT WILLIAMS** ) <br> ) | **Docket Number: 1:99CR05322-01** |

On August 9, 2001, the above-named was placed on Probation for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship
Senior United States Probation Officer**

Dated:   June 29, 2005
         Fresno, California

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

July 1, 2005                              /s/ OLIVER W. WANGER

**Date**                                  **Oliver W. Wanger
                                          United States District Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office

Rev. 03/2005
PROB35.MRG

**Re:** **Clement Williams**
   **Docket Number:   1:99CR05322-01**
   **ORDER TERMINATING PROBATION**
   **PRIOR TO EXPIRATION DATE**

Fiscal Clerk, Clerk's Office